**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| VALARIE MCGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-02198-JTF-tmp |
| | ) |
| TECHNICOLOR DISTRIBUTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment and Order of Dismissal, filed on January 28, 2014, this matter is hereby dismissed with prejudice.  Judgment in favor of Defendant.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

January 28, 2014                                                       s/Thomas M. Gould
Date                                                                              Clerk of Court

                                                                                       s/ Erica M. Evans
                                                                                       (By)  Law Clerk